# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80082-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**LASHONDRA THOMPSON,**
    Defendant.
_____/

## *ORDER ADOPTING REPORT AND*
## *RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 32]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, October 9, 2012**, at **3:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of September, 2012.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Lori E. Barrist
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge